Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




IN RE



GABRIELE ATTERBERRY



RELATOR
 §


 


§


 


§


 


§


 


§


 


 § 


No. 08-07-00171-CV



An Original Proceeding 


in Mandamus







MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Gabriele Atterberry, seeks a writ of mandamus against the 205th District Court
of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. Walker v.
Packer, 827 S.W.2d 833, 840 (Tex. 1992)(orig. proceeding). Moreover, there must be no other
adequate remedy at law. Id. Based on the petition and record before us, we are unable to
conclude that Relator is entitled to the relief requested. Accordingly, we deny mandamus relief. 
See Tex.R.App.P. 52.8(a).



July 19, 2007

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.

McClure, J. Not Participating